FILED
2011 Sep-30 PM 10:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **APRIL K. BARNETT,** | **Case Number:** |
| **Plaintiff,** | |
| vs. | **1:11-cv-01608-RBP** |
| **JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, formerly CHASE HOME LOAN SERVICING, LLC,** | |
| **Defendant.** | |

## MOTION TO DISMISS PLAINTIFF JASON BARNETT

**COME NOW** Plaintiffs, in the above-styled cause, by and through their attorneys of record, and respectfully request to dismiss Jason Barnett as a Plaintiff in this action. In support of said motion, Plaintiffs state as follows:

1. Plaintiffs filed their Complaint in this matter on May 16, 2011.

2. Plaintiffs do not believe Plaintiff Jason Barnett has standing to bring claims against Defendant, and he is due to be dismissed.

3. Defendant's counsel has been consulted and has no objection to this motion.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs respectfully request that Plaintiff Jason Barnett be dismissed from this lawsuit.

Dated this the 30th day of September, 2011.

/s/ D.W. Grimsley Jr.
State Bar No: ASB-7258-R71D

/s/ Tammy C. Woolley
State Bar No: ASB-6204-E67T
ATTORNEYS FOR PLAINTIFF

OF COUNSEL:
**WOOLLEY, EDGE & GRIMSLEY, LLC**
21 South Section Street
Fairhope, Alabama 36532
Office: 251-866-6747
Email: dwgrimsleyjr@me.com
tammy766@gmail.com

/s/ Nick Wooten
OF COUNSEL FOR PLAINTIFF

OF COUNSEL:
Mr. Nick Wooten
**WOOTEN LAW FIRM, LLC**
P.O. Box 3389
Auburn, Al. 36831
(334) 887 3000
Fax: 334 821 7720
nhwooten@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of September, 2011, I served the foregoing via electronic mail as follows:

Sandy G. Robinson
**CABANISS, JOHNSTON, GARDNER,**
 **DUMAS & O'NEAL, LLP**
63 South Royal Street
Mobile, Alabama 36655

Michael E. Turner
**CABANISS, JOHNSTON, GARDNER,**
**DUMAS & O'NEAL, LLP**
2001 Park Place North, Suite 700
Birmingham, Alabama 35203

                                               /s/ D.W. Grimsley, Jr.
                                               OF COUNSEL